1  CHRIS DIETRICH, Bar No. 092592
   11300 West Olympic Boulevard, Suite 800
2  Los Angeles, California 90064
   (310) 312-6888
3
   ROBERT ALAN JONES
4  1061 East Flamingo Road, Suite #7
   Las Vegas, Nevada 89119
5  (702) 791-0742
   *Pro Hac Vice*
6



FILED

DEC 12 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR: 06-00539-JF-RS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRAVEL** |
| THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON, | |
| Defendants. | |

**IT IS HEREBY** stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Vicki Renee Seidel, Defendant in the instant case, was granted by this Court on December 5, 2006, an Order Setting Conditions of Release with a bond posted before this Court.

2. Defendant, Mrs. Seidel, by stipulation between all parties in the instant case, hereby submits this Stipulation to Travel, as follows:

   a. Date:           December 16, 2006 through December 20, 2006.
      From/To:        Monterey, California to c/o LEONARD FICKEN
                      216 Brushwood Circle
                      Ballwin, MO 63011
                      636-391-9663
      Transportation: by plane
      Reason:         To spend a short holiday with loved ones.
      **(See Exhibit 1)**

3. Assistant United States Attorney, Mr. Gary Fry, and Pretrial Services Officer, Ms. Laura Weigel, do not oppose to this travel.

4.     The parties further agree that Defendant is bound under the terms and conditions of his release, and if Defendant commits a breach of these terms and conditions, she will be subject to a civil judgment as stated in his bond conditions posted with this Court.

The parties hereby agree to the above.

Dated this 8th day of December, 2006.

//ss// Gary G. Fry
GARY G. FRY
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
408-535-5061
Attorney for Plaintiff

//ss// Robert Alan Jones
ROBERT ALAN JONES
1061 East Flamingo Road
Suite #7
Las Vegas, Nevada 89119
702-791-0742
Attorney for Defendant
*Pro Hac Vice*

//ss// Laura Weigel
LAURA WEIGEL
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
408-535-5363
Pre Trial Services Officer

**IT IS SO ORDERED.**

12/12/06

_____
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

2

# EXHIBIT 1

12/3/06

To: Laura Weigel

Re: Vicki Seidel

Request Travel by Plane on Dec. 16th US Air
SJC-STL, Return by same on Dec. 20th

Reason: To be around loved ones

Accommodations: Parents House

Can be reached: 831-970-5303

Thank you
Vicki Seidel