CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard, Suite 800
Los Angeles, California 90064
(310) 312-6888

ROBERT ALAN JONES
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742
*Pro Hac Vice*



FILED
DEC 12 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS EVERETT SEIDEL, SR.,<br>VICKI RENEE SEIDEL, and<br>RANDY LEE WILSON,<br><br>Defendants. | Case No. CR: 06-00539-JF-RS<br><br>**STIPULATION AND ORDER TO TRAVEL** |

**IT IS HEREBY** stipulated by and between the undersigned parties, by their respective attorneys, that:

1.  Vicki Renee Seidel, Defendant in the instant case, was granted by this Court on December 5, 2006, an Order Setting Conditions of Release with a bond posted before this Court.

2.  Defendant, Mrs. Seidel, by stipulation between all parties in the instant case, hereby submits this Stipulation to Travel, as follows:

    a.  Date:             December 9, 2006 through January 9, 2007.
        From/To:          Monterey, California to Las Vegas, Nevada.
        Transportation:   by plane
        Reason:           Defendant's Mother is dying currently undergoing
                          heart surgery.
        **(See Exhibit 1)**

3.  Assistant United States Attorney, Mr. Gary Fry, and Pretrial Services Officer, Ms. Laura Weigel, do not oppose to this travel.

1

4. The parties further agree that Defendant is bound under the terms and conditions of his release, and if Defendant commits a breach of these terms and conditions, she will be subject to a civil judgment as stated in his bond conditions posted with this Court.

The parties hereby agree to the above.

Dated this 8th day of December, 2006.

//ss// Gary G. Fry
GARY G. FRY
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
408-535-5061
Attorney for Plaintiff

//ss// Robert Alan Jones
ROBERT ALAN JONES
1061 East Flamingo Road
Suite #7
Las Vegas, Nevada 89119
702-791-0742
Attorney for Defendant
*Pro Hac Vice*

//ss// Laura Weigel
LAURA WEIGEL
United States District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
408-535-5363
Pre Trial Services Officer

IT IS SO ORDERED.

12/12/06

UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

# EXHIBIT 1

12/3/06

To: Laura Weigel

Re: Vicki Seidel

Request Travel: When Tom's mother passes 12/3/06 - unknown (death of mother)

Burial: I believe in Arizona (unknown at this time)

Reason: For Burial

Accommodations: Unknown at this time

Can be reached: 831-970-5303

Thank you

*Vicki Seidel*