Douglas Schwartz, Esq.
CA Bar #: 98666
44 Montgomery Street
San Francisco, CA 94104
(415)956-2600

John McCahill, Esq.
1425 K Street NW, 8th Floor
Washington, DC 20005
(202)783-6040
*Pro Hac Vice*

FILED
MAR 13 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON, <br><br> Defendants. | Case No. CR: 06-00539-JF-RS <br> Judge Fogel <br><br> ***EX PARTE* APPLICATION FOR ORDER PERMITTING TRAVEL, WITH APPROVAL OF U.S. PRETRIAL SERVICES AND THE U.S. ATTORNEY'S OFFICE; [Proposed] ORDER** |

I, John A. McCahill, declare:

1. I represent Defendant, Vicki Renee Seidel who is currently released on $100,000 unsecured bond, with her travel restricted to the Northern District of California. Ms. Seidel would like to travel to Sacramento, California to pursue an insurance education conference from March 13, 2007 through March 15, 2007.

2. I have spoken with Laura Weigel of the Pretrial Services, who monitors and supervises Ms. Seidel. Ms. Weigel informs me that she has no objection to the requested travel provided that (1) Ms. Seidel provides the pretrial service with information regarding said conference, and (2) provided Mr. Gary Fry of United States Attorney's Office does not object to the requested travel.

3. Ms. Seidel provided all requested documents to Ms. Weigel.

1

1  4. On March 13, 2007, I have spoken to AUSA Mr. Fry and he graciously granted
2  the request to travel.
3  5. Based upon the foregoing, I respectfully request that the conditions of Defendant
4  Vicki Renee Seidel's release may be modified so that she may be permitted to travel to
5  Sacramento, California from March 13, 2007 through March 15, 2007.
6  6. I have faxed a copy of this *Ex Parte* Application to both Ms. Weigel and Mr. Fry.
7  I declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is
8  true and correct. Executed this 13th day of March, 2007.

John McCahill, Esq. /s/ by permission
1425 K Street NW
8th Floor
Washington, DC 20005
(202)783-6040
*Pro Hac Vice*

### ORDER

**BASED UPON THE FOREGOING**, and good cause shown appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Vicki Renee Seidel's release shall be modified so that she may travel to and from Sacramento, California for the purpose of pursuing an insurance education conference from March 13, 2007 through March 15, 2007; and

**IT IS FURTHER ORDERED** that Defendant is bound under the terms and conditions of her release, and if Defendant commits a breach of these terms and conditions, she will be subject to a civil judgment as stated in her bond conditions posted with this Court.

DATED: 3/13/07

UNITED STATES MAGISTRATE JUDGE

2