1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant
5  VICKI RENEE SEIDEL

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION
                               —ooo—
11

12  UNITED STATES OF AMERICA,
                                        CR. 06-00539-JF
13           Plaintiff,

14  vs.                                 **STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL**

15  VICKI RENEE SEIDEL, et al.

16           Defendants.

17  _____/

18

19      IT IS HEREBY STIPULATED AND AGREED by and between Michael

20  Stepanian, counsel for Vicki Renee Seidel, and Assistant United States Attorney Gary

21  Fry, that the conditions of pretrial release be modified to permit out-of-district travel

22  from February 12, 2009 to February 16, 2009 so that Mrs. Seidel can travel with her

23  children to Lake Tahoe.

24  ///
25  ///
26  ///
27  ///
28  ///

1  Mrs. Seidel has advised Laura Weigel from the Office of Pretrial Services of the details
2  of this trip and Ms. Weigel has no objection.   Assistant U.S. Attorney Gary Fry also has
3  no objection to this travel.

Date:   February 3, 2009

/s/ Michael Stepanian
MICHAEL STEPANIAN
Attorney for Defendant
VICKI RENEE SEIDEL

Date:   February 3,  2009

/s/ Gary Fry
GARY FRY
Assistant United States Attorney

SO ORDERED:

February____6____, 2009

_____
U.S. DISTRICT COURT JUDGE