JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: CR-06-0539-JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| VICKI RENE SEIDEL, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

With leave of the Court and pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of California dismisses Count Five of the above Indictment. Counts One and Two of the Indictment were previously dismissed by Order entered July 8, 2009.

JOSEPH RUSSONIELLO
United States Attorney

Dated: February 23, 2010

      /s/
BRIAN STRETCH
Chief, Criminal Division

Leave is granted to the government to dismiss Count Five of the Indictment.

Dated: 2-25-10

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE